IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT WORRALL, | CV 18-189-DLC-JCL |
| Plaintiff, | ORDER |
| vs. | |
| POWER ENGINEERS, INC., POWER CONSTRUCTORS, INC., AND POWER TESTING AND ENERGIZATION, INC., | |
| Defendants. | |

Defendants move for the admission of D. John Ashby to practice before this Court in this case with Jeffrey M. Roth to act as local counsel. Mr. Ashby's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Mr. Ashby pro hac vice is GRANTED on the condition that Mr. Ashby shall do his own work. This means that Mr. Ashby must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from

the Clerk's Office. Mr. Ashby may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Ashby.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ashby, within fifteen (15) days of the date of this Order, files a pleading acknowledging his/her admission under the terms set forth above.

DATED this 9th day of January, 2019

Jeremiah C. Lynch
United States Magistrate Judge