IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

ROBERT WORRALL,

Plaintiff,

vs.

POWER ENGINEERS, INC., POWER CONSTRUCTORS, INC., and POWER TESTING AND ENERGIZATION, CO.,

Defendants.

CV 18–189–M–DLC–JCL

ORDER

Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 18),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 18th day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court